**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                     Case No. 6:19-bk-07981-KSJ

Agape' Assembly Baptist Church, Incorporated,        Chapter 11

      Debtor.
_____/

**CERTIFICATION OF NECESSITY FOR EMERGENCY MOTION**
**FOR AN ORDER DIRECTING CLERK OF COURT TO ISSUE**
**A WRIT OF POSSESSION TO THE UNITED STATES MARSHAL SERVICE**

    I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matters under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis – or without a hearing – as the Debtor is still in possession of the Palazzo Property, despite the requirement to turn over possession to Herring Bank, as Trustee by the Sale Order (as defined herein), and direct, immediate and substantial harm may result if a writ of possession does not dispossess the Debtor of the Palazzo Property as the need to protect that property is apparent as a two-alarm fire consumed the Hiawassee Property last night:

**HERRING BANK, AS TRUSTEE FOR THE BONDHOLDERS**
**OF AGAPE' ASSEMBLY BAPTIST CHURCH, INC.'S EMERGENCY**
**MOTION FOR AN ORDER DIRECTING CLERK OF COURT TO ISSUE**
**A WRIT OF POSSESSION TO THE UNITED STATES MARSHAL SERVICE**

Dated: October 26, 2021.

/s/ Ryan C. Reinert
RYAN C. REINERT
Florida Bar No. 0081989
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd, Suite 300
Tampa, Florida 33607
Telephone:    (813) 229-8900
Facsimile:    (813) 229-8901
E-Mail:       rreinert@shutts.com

– and –

C. JARED KNIGHT *(Admitted Pro Hac Vice)*
Burdett Morgan Williamson & Boykin LLP
701 S. Taylor, Suite 440
Amarillo, TX 79101
Telephone:    (806) 358-8116
Facsimile:    (806) 350-7642
Email:        jknight@bmwb-law.com

*Attorneys for Herring Bank, as Trustee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and copy of the foregoing has been provided this October 26, 2021, through the CM/ECF system to:

**Audrey M. Aleskovsky**
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801

With a copy by U.S. Mail and Electronic Mail to:

**Agape' Assembly Baptist Church, Incorporated**
2425 N. Hiawassee Rd.
Orlando, FL 32818
c/o Ingrid Bishop (dringridbishop@gmail.com)

/s/ Ryan C. Reinert
Attorney

TPADOCS 23891214 1