

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/28/2021 02:30 PM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:19-bk-07981-KSJ** | **11** | **12/05/2019** |

**Chapter 11**

**DEBTOR:**   Agape' Assembly Baptist Church, Incorporated

**DEBTOR ATTY:**   Daniel Velasquez

**TRUSTEE:**   Jerrett McConnell

**HEARING:**

(ZOOM)
Herring Bank's Emergency Application/Motion for Writ of Possession (Doc #200)
Note: cont. 2/12/20; 5/12/20; 7/29/20; 9/11/20; 11/17/20; 2/17/21; 3/4/21; 4/21/2021; 6/16/21; 7/21/21; 8/16/21
Plan Confirmed 12/8/2020 (Doc 128)
Sub V Trustee: Jerrett McConnell
341 Meeting concluded 1/13/2020
Claims Deadline: 3/30/2020
Case Summary (Doc 9)
Debtor's Financial Reports for the Period 4/1/2021 to 6/30/2021 (Doc 176)
Debtor has until 9/19/21 to obtain new counsel
PENDING:
(Herring Bank's) Notice of Filing Status That Closing Did Not Occur and Escrow Deed Has Been Submitted For Recording (Doc 198)
US Trustee's Motion to Dismiss (Doc #202) filed 10/26/21
.

**APPEARANCES:**:   Buddy Ford (Ingrid Bishop Atty); Ingrid Bishop (Debtor Rep); Miriam Suarez (US Trustee Atty); Ryan Reinert, Martin McClish (Herring Bank);

**RULING:**
(ZOOM)
1)   Herring Bank's Emergency Application/Motion for Writ of Possession   (Doc #200) - Granted (writ of possession to issue: possession by 5pm on November 1, 2021:Order by Court;

2)   US Trustee's Motion to Dismiss   (Doc #202) filed 10/26/21 - cont. to November 17, 2021 at 11:45 am. (AOCNFNG); (gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.